[No. 11787-1-III.   Division Three.   September 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD F.
WELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 90-1-00028-4, Richard J. Schroeder, J.,

entered July 24, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.